December 3, 2004

John Martin Henrich
Automated Collection Technologies Inc.
2425 North Central Expressway 1000
Richardson, TX 75080
Mr. Aaron Starr Thesman
Hiersche Hayward Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001

RE: Case Number: 03-0280
 Court of Appeals Number: 05-03-00152-CV
 Trial Court Number: CC-02-08480-D

Style: IN RE AUTOMATED COLLECTION TECHNOLOGIES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. (Justice Medina not sitting)
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Earl Bullock |
| |Ms. Lisa Matz |
| |Honorable W. Bruce |
| |Woody |